IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENIOR SMITH,

    Petitioner,                    No. CIV S-06-2072 DFL KJM P

    vs.

JAMES YATES, Warden,

    Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.[1]

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

/////

---

[1] Petitioner has filed an application and affidavit, without a trust account statement from the institution. He has also filed a letter, explaining that he made a request for a trust account statement in September, but has no control over when the institution will send it. The court will proceed with the documents petitioner has provided; should the trust account reveal additional information, the court may revisit petitioner's application to proceed in forma pauperis.

1

1  Since petitioner may be entitled to relief if the claimed violation of constitutional
2  rights is proved, respondents will be directed to file a response to petitioner's habeas petition.
3  In accordance with the above, IT IS HEREBY ORDERED that:
4  1. Petitioner's application to proceed in forma pauperis is granted;
5  2. Respondents are directed to file a response to petitioner's habeas petition
6  within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An
7  answer shall be accompanied by all transcripts and other documents relevant to the issues
8  presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;
9  3. If the response to the habeas petition is an answer, petitioner's reply, if any,
10 shall be filed and served within thirty days after service of the answer;
11 4. If the response to the habeas petition is a motion, petitioner's opposition or
12 statement of non-opposition to the motion shall be filed and served within thirty days after
13 service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
14 thereafter; and
15 5. The Clerk of the Court shall serve a copy of this order together with a copy of
16 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
17 Senior Assistant Attorney General.
18 DATED:  February 28, 2007.

U.S. MAGISTRATE JUDGE

2
smit2072.100