IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LENOIR SMITH,

    Petitioner,               No. CIV S-06-2072 GEB KJM P

    vs.

JAMES YATES, et al.,         <u>ORDER AND</u>

    Respondents.          <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On June 27, 2007, he filed a motion for a temporary restraining order and preliminary injunction, seeking an order directing the California Department of Corrections and Rehabilitation to provide him with access to law books, copies of cases, twenty-eight line paper, pleading forms, copying services five days a week for motions and pleadings, and an escort to the law library. He alleges that he is being held in administrative segregation on a false charge and, as a result, his access to the law library and necessary services is restricted, with resulting limitations on his right of access to the courts.

        In this case, however, plaintiff has been able to file his opposition to respondent's motion to dismiss. Because there are no pending deadlines in this case, any restrictions on plaintiff's access to the law library are not impeding petitioner's access to the court. <u>See also</u>

1

1 see also Omega World Travel v. Trans World Airways, 111 F.3d 14, 16 (4th Cir. 1997)
2 (injunction properly denied if no relationship between relief sought in complaint and that sought
3 in motion).
4     IT IS HEREBY ORDERED that petitioner's motion for a temporary restraining
5 order be denied.
6     IT IS HEREBY RECOMMENDED that petitioner's motion for a preliminary
7 injunction be denied.
8     These findings and recommendations are submitted to the United States District
9 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
10 days after being served with these findings and recommendations, petitioner may file written
11 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
12 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
13 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
14 F.2d 1153 (9th Cir. 1991).
15 DATED: August 16, 2007.

_____
U.S. MAGISTRATE JUDGE

2
smit2072.156