IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LENIOR SMITH,** | CIV S-06-2072 JKS KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES,** | |
| Respondent. | |

Respondent has requested a twenty (20) day extension of time (docket no. 29) in which to file Respondent's objections to findings and recommendations filed March 14, 2008. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including April 23, 2008, in which to file objections to the findings and recommendations.

Dated: April 11, 2008.

_____
U.S. MAGISTRATE JUDGE